1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    STEVEN WAYNE BONILLA,                      No.  2:18-cv-2559 KJM CKD P

12                       Plaintiff,

13           v.                                  ORDER

14    PLACER COUNTY,

15                       Defendant.

16

17           Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was

18    referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has not paid

19    the filing fee for this action which is $400.[1]  Good cause appearing, plaintiff will be given leave

20    to pay the filing fee.

21    /////

22    /////

23    /////

24    /////

25    /////

26    _____

27    [1]  Plaintiff is not permitted to proceed in forma pauperis because he has "struck out" pursuant to
      Title 28 U.S.C. § 1915(g), Bonilla v. Lively, 4:11-cv-3180 CW (N.D. Cal. Oct. 25, 2011), and he
28    does not allege he is under "imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted 14 days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within 14 days will result in a recommendation that this action be dismissed.

Dated: March 28, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
boni2559.21